AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

FILED
IN CLERKS OFFICE
2004 JUN -7  P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is
Tony Anastas, Pro Se Clerk
U.S. District Court
1 Courthouse Way, Ste 2300
Boston, MA 02210

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result ___June 5, 2003  Pro Se Application was Denied_____

(6) Date of result ___June 5, 2003_____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☒  No ☐
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Trial Court violated Defendant's right to a fair and impartial tribunal in the sentencing phase

Supporting FACTS (state *briefly* without citing cases or law) The Trial Court considered as as part of his imposed sentence the Defendant failed to express any remorse, as reason for superseding the Commonwealth's sentence recommendations. This violated Defendant's due process right to a fair trial and his right against self-incrimination.

B. Ground two: Trial Court restricted Cross-Examination of Commonwealth's witnesses on material points, as to whether another rival gang had motive to shot the victim.

Supporting FACTS (state *briefly* without citing cases or law): Trial Court restricted cross-examination of Commonwealth's witnesses on material points as to whether another rival gang had shot the victim; Whether Defendant was part of the gang alleged to have shot the victim; and Whether Defendant was a known associate of the gang identified as being responsible for shooting the victim.

(5)

AO 241 (Rev. 5/85)

C. Ground three: __Trial Counsel was Ineffective__

Supporting FACTS (state *briefly* without citing cases or law): Trial Counsel was ineffective by failing to object to the Commonwealth's questioning of Defendant's witness on pending charges; the trial Court's biasness at the sentencing phase; and not arguing in favor of Double Jeopardy for the Defendant wherein the jury heard all of the evidence and was unable to convict the Defendant on the evidence presented.

D. Ground four __Appellate Counsel was Ineffective by failing to raise the claim of Double Jeopary on Appeal.__

Supporting FACTS (state *briefly* without citing cases or law): After the first trial the jury was unable to convict the Defendant wherein a mistrial was declared by the court and another jury was empanelled and the Defendant was convicted. Double Jeopardy attached when the jury was empanelled and at the close of the evidence could not convict the defendant, entitled Defendant to the protection against a second trial on the same legally insufficient evidence.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: The Double Jeopardy Claims in C & D were not presented because the Court's had failed to notify the Defendant of its judgment on the pro se FAR application until April 2004, and June 5, 2004 is my deadline to the Federal Court.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing __Stephanie Page, 44 Bromfield Street, Boston, MA 02114__

(b) At arraignment and plea __( same as above )__

(6)

AO 241 (Rev. 5/85)

(c) At trial __John Moss__

(d) At sentencing __( same as above )__

(e) On appeal __Alba Doto Baccari__

(f) In any post-conviction proceeding ____

(g) On appeal from any adverse ruling in a post-conviction proceeding ____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: ____

    (b) Give date and length of the above sentence: ____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__June 4, 2004__
(date)

_____
Signature of Petitioner

(7)