UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DARRELL DARBY</u>,
        Petitioner,

        v.

<u>KATHLEEN DENNEHY</u>,
        Respondent.

CIVIL ACTION

NO. 04-11271-NG

<u>O R D E R</u>

      On June 7, 2004, petitioner Darrell Darby, an inmate at Old Colony Correctional Center, filed a petition for a writ of habeas corpus under Section 2254 naming the Commissioner of the Department of Correction as the respondent. Darby did not submit the $5 filing fee for this action or an application to proceed without prepayment of fees with a certified prison account statement.

      ACCORDINGLY,

      (1) The Clerk shall correct the caption of this action to reflect that the proper respondent is the Superintendent of Old Colony Correctional Center. <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000) (a petitioner's legal custodian is the individual having day-to-day control over the facility in which petitioner is being detained), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 534 U.S. 816 (2001); Mass. Gen. Laws ch.125, § 14 (the superintendent shall be responsible for the custody and control of all prisoners in the correctional institution);

      (2) Darby shall pay the $5 filing fee for this action or submit an application to proceed without prepayment of fees and a certified prison account statement within 42 days of the date of this Order. <u>See</u> Rule 3(a) of the Rules Governing Section 2254 Cases;

      (3) Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) Tim Hall, Superintendent, Old Colony Correctional Center, 1 Administration Road, Bridgewater, Massachusetts 02324 and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598;

      (4) It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas

Corpus;

    (5) This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition; AND

    (6) The Clerk shall send petitioner an application to proceed without prepayment of fees with this Order.

| | |
|---|---|
|  6/15/04 |  s/ Nancy Gertner |
| DATE | UNITED STATES DISTRICT JUDGE |