UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**DARRELL DARBY,**
      **Petitioner,**

v.                                          Civil Action No. 04-11271-NG

**KATHLEEN M. DENNEHY,**
      **Respondent**

---

### RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS
### PETITION FOR FAILURE TO EXHAUST STATE COURT REMEDIES

      The respondent, through counsel, moves this Court to dismiss the petition for writ of habeas corpus, or, in the alternative, order the petitioner to amend the petition to present only those claims which he has exhausted. In support of his motion, the respondent states that the petitioner has presented a mixed petition presenting exhausted and unexhausted claims. Because the petitioner has yet to provide the state's highest court with the first opportunity to pass on the merits of his unexhausted claims, this Court should dismiss the petition. *See* 28 U.S.C. §§ 2254(b)-(c); *O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999). The respondent reserves the right to submit a memorandum raising additional defenses, if necessary.

      In support of this motion, the respondent relies upon his memorandum of law filed with this motion.

                                                             Respectfully submitted,

                                                             THOMAS F. REILLY
                                                             ATTORNEY GENERAL

       /s/ Daniel I. Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2949

Dated: July 12, 2004

### Certificate of Compliance with Local Rule 7.1(A)(2)

I am unable to consult with the petitioner because he is presently incarcerated; however, in light of the relief sought by this motion, it is my belief that he would not assent to it.

       /s/ Daniel I. Smulow

### Certificate of Service

I hereby certify that a true copy of the above document was served on Darrell Darby, W-69118, Old Colony Correctional Center, 1 Administrative Road, Bridgewater, MA 02324, by first class mail, postage prepaid, on July 12, 2004.

       /s/ Daniel I. Smulow