UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY
  Petitioner,

vs.

Civil Action
No. 04-11271-NG

KATHLEEN M. DENNEHY
  Respondent.

PETITIONER'S OPPOSITION TO RESPONDENT'S
MOTION TO DISMISS

The Petitioner, Darrell Darby, pro se, moves this Honorable Court to DENY the respondent's Motion to Dimiss, as it would undoubtably be a waste of judicial resources to start the habeas process anew; rather than just stay the habeas corpus to allow the Petitioner to exhaust his unexhausted claims.

Wherefore, Petitioner request this motion to dismiss is denied.

Respectfully submitted,

Darrell Darby, pro se
1 Administration Road
Bridgewater, MA 02324

Dated: 22 Jul 04

CERTIFICATE OF SERVICE
I, hereby certify that I have caused the foregoing DOCUMENTS to be served upon Respondent's Counsel, on this 22 day of July, 2004.

Darrell Darby