UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY
    Petitioner,

vs.                            Civil Action
                                No. 04-11271-NG

KATHLEEN M. DENNEHY
    Respondent.

PETITIONER'S MOTION STAY HABEAS CORPUS
TO EXHAUST UNEXHAUSTED CLAIMS

    The Petitioner, Darrell Darby, _pro se_, hereby moves this Honorable Court to STAY the Habeas Corpus to Exhaust unexhausted claims, as presented in his petition at 13. Further, such a stay is warranted, where dismissal will likely run beyond the habeas deadline for filing such a fully exhausted petition, given the Petitioner's limited access to the prison law library.

    Wherefore, Petitioner request this motion is ALLOWED.

Respectfully submitted,

Darrell Darby, _pro se_
1 Administration Road
Bridgewater, MA 02324

Dated: 22 Jul 04