UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Darrell Darby
    Petitioner,

vs.   Civil Action No. 04-11271-NG

Timothy Hall
    Respondent.

MOTION TO REINSTATE STAY
ON PETITIONER'S EXHAUSTED CLAIMS

Now comes the Petitioner, pro se, moves this Court to REINSTATES Stay on his exhausted claims as he has complied with the Court's order of October 6, 2004.

As reasons thereof, Petitioner states:

1. On October 6, 2004, it was ordered that Petitioner seek appellate review in state court of his unexhausted Double Jeopardy CLaim.

2. On November 6, 2004, Petitioner filed with the state court his pro se Motion for New Trial raising the Double Jeopardy Claim, and notified this Court of the same, and filing the same with this Court for the record, as ordered.

1

3.  Both the state and federal court were served by certified mail, return receipt requested and green cards Nos. 7003 2260 1862 5590 & 5613.

4.  The Petitioner is currently awaiting a response to his state court claim of Double Jeopardy. See <u>Motion</u> (Hereto Attached).

Wherefore, Petitioner request this Court reinstate the stay, and vacate the scheduling order of December 1, 2004.

Respectfully submitted,
By the Petitioner

*/s/*

Darrell Darby, <u>pro se</u>
O.C.C.C.
1 Administration Rd.
Bridgewater, MA 02324

Dated: 14 Dec 04

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION TO REINSTATE to be served upon Daniel I. Smulow, AAG, 1 Ashburton Place, Boston, MA 02108, on this 14 day of December, 2004.

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                              SUPERIOR COURT
                                                          1997-10323

COMMONWEALTH

v.

DARRELL DARBY

---

NOTICE OF APPEARANCE AND OPPOSITION TO DEFENDANT'S MOTION FOR
A NEW TRIAL

---

Please enter my appearance as counsel representing the Commonwealth on this case and note the Commonwealth's objection to the defendant's motion for a new trial. If this Court wishes, I will file a memorandum of law in this matter.

> Respectfully Submitted
> For the Commonwealth,
>
> DANIEL F. CONLEY
> DISTRICT ATTORNEY
>
> By: _____
> Amanda Lovell
> Assistant District Attorney
> BBO# 637631
> One Bulfinch Place
> Boston, MA 02114
> (617) 619-4074

Date: November 22, 2004