UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Darrell Darby** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. |
| ) | 04-11271-NG |
| **Timothy Hall** ) | |
|     **Defendant** ) | |

**GERTNER, D.J.:**

### ORDER OF ADMINISTRATIVE STAY/CLOSING

I hereby enter a stay/closing of all proceedings in this action pending the conclusion of State Court proceedings. To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby closed administratively **without prejudice** to the right of any party to restore it to the active docket upon termination of the State Court proceedings, if any further action is required.

**SO ORDERED.**

**Dated: January 31, 2004**     s/Nancy Gertner
                                                      **NANCY GERTNER, U.S.D.J.**