United States Disrict Court
District of Massachusetts

FILED
OFFICE
MAY 11 P 12: 10

Darrell Darby
    V.
Hall

Civil no. 1:04-cv-11271

Petitioner's Status Report
Ordered 12/9/2004 (Gertner, Nancy)

    The petitioner, Darrell Darby, hereby states that as of May 10,2005, The Suffolk Superior Court (Spurlock,J.) has not made a ruling of fact as to petitioner's motion for a new trial,Suffolk Crimiinal No.SUCR97-10323

Dated:5/6/2005                                  Respectfully submitted,

                                                             [signature]

I hereby ceriify that on the
date below I served a true
copy of the above status report
on 5/6/2005, Assisant District Attorney
General, by mailing name of business,Office
of the General, One Bulfinch Place
Boston, MA 02114