June 7, 2005

Nancy Gertner
U.S. Dist. Ct.
1 Courthouse Way, Ste 4130
Boston, MA 02210

Re: Darby v. Hall,
    U.S.D.C. No. 04-11271-NG

Dear Honorable Gertner:

　　Per order of this Court I am informing the Court that the Commonwealth and Petitioner have filed their respective pleadings in the state court on the unexhausted claim, and is currently awaiting action or ruling by the Superior Court.

　　Also, the notice sent (hereto attached), says "WARNING: CASE CLOSED on 1/31/05." What does this mean?

　　Thank you for your attention to this matter.

Sincerely,

/s/

Darrell Darby, pro se
1 Administration Rd.
Bridgewater, MA 02324

Encl.

cc: Daniel I. Smulow, AAG

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Filo, Jennifer entered on 5/24/2005 at 10:33 AM EDT and filed on 5/24/2005

Case Name: Darby v. Hall
Case Number: 1:04-cv-11271
Filer:
WARNING: CASE CLOSED on 01/31/2005
Document Number:

Docket Text:
Judge Nancy Gertner : ELECTRONIC ENDORSEMENT "Petitioner is ORDERED to report to the Court in writing on the status of his state appellate court claims on or before July 10, 2005."(Filo, Jennifer)

The following document(s) are associated with this transaction:

1:04-cv-11271 Notice will be electronically mailed to:

Daniel I. Smulow    daniel.smulow@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

1:04-cv-11271 Notice will not be electronically mailed to:

Darrell Darby
Old Colony Correctional Center
1 Administration Rd.
Bridgewater, MA 02324