UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY

CASE NUMBER 1:04 CV-11271

PETITIONER STATUS REPORT
[illegible]

The petitioner Darrell Darby hereby states that as of [illegible] 2005, the Suffolk Superior Court [illegible] has not made [illegible] ruling [illegible] petitioner's motion for a new trial, Suffolk County, Massachusetts

[illegible] 14, 2005

Respectfully,

Darrell Darby