UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DARRELL DARBY, PETITIONER

V.

HALL, RESPONDENT

CIVIL NO. : 04-cv-11271-NG

PETITIONER'S STATUS REPORT
(ORDER OF 7/22/2005 (JUDGE NANCY GERTNER))

THE PETITIONER, DARRELL DARBY, HEREBY STATES THAT AS OF SEPT. 9, 2005, SUFFOLK SUPERIOR COURT (SPURLOCK, J.) HAS NOT MADE A RULING AND/OR FINDING OF FACT AS TO PETITIONER'S MOTION FOR A NEW TRIAL, SUFFOLK CRIMINAL NO. SUCR.97-10323

DATE 9/9/2005

RESPECTFULLY
[signature]
(DARRELL DARBY)