United States District Court
District of Massachusetts

Darrell Darby,
Petitioner

v.                                  Criminal Case Number: 1:04-cv-11271

Timothy Hall,
Respondent

Petitioner's Status Report
(Ordered on 9/29/2005 (Gertner,J.)

The petitioner, Darrell Darby, hereby states that as of
November 8, 2005 the Suffolk Superior Court (Spurlock,J)
has not made a ruling and/or finding of fact as to petitioner's
motion for a new trial, Suffolk Criminal Docket #SUCR1997-10323
Dated November 8, 2005

Respectflly submitted,

Darrell Darby