UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY, PRO SE
PETITIONER,

VS.                                                     NO. 04-11271-NG

TIMOTHY HALL
RESPONDENT.

## STATUS REPORT

Now comes the Petitioner, pro se, hereby notifies this Court that as of February 3, 2006, the Suffolk Superior Court clerk has informed me via telephone conversation, that the court has not ruled on the Petitioner's Motion for New Trial of the claim of Double Jeopardy.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
MCI Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated:

## CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing STATUS REPORT to be served upon the AAG, on this___day of February, 2006.

Darrell Darby, pro se