UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY, PRO SE
PETITIONER,

VS.                                                     NO. 04-11271-NG

TIMOTHY HALL
RESPONDENT.

NOTICE OF CHANGE OF ADDRESS

Now comes the Petitioner, pro se, hereby notifies this Court that his address has been changed, and wish that the court's record reflect the same.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
MCI Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing NOTICE to be served upon the AAG, on this ___ day of February, 2006.

Darrell Darby, pro se