```
                                                    FILED
                                                IN CLERKS OFFICE

        UNITED STATES DISTRICT COURT      2006 MAY 16  P 3: 25
          DISTRICT OF MASSACHUSETTS
                                            U.S. DISTRICT COURT
                                            DISTRICT OF MASS.
DARRELL DARBY, PRO SE
PETITIONER,


VS.                                         NO. 04-11271-NG



TIMOTHY HALL
RESPONDENT
```

## STATUS REPORT

Now comes the Petitioner, Darrell Darby, hereby notifies this court that as of May 10, 2006, the Suffolk Superior Court (Spurlock, J.) has not made a ruling on the Petitioner's MOtion for New Trial of the the claim of Double Jeopardy.


Respectfully submitted,
by the the petitioner

Darrell Darby, pro se
MCI Cedar Junction
Post Office Box 100
S. Walpole, Mass. 02071

Dated:


## CERTIFCATE OF SERVICE

I, hereby certify that I caused the foregoing STATUS REPORT to be served upon the AAG, on this 10 day of May, 2006.


Darrell Darby, pro se