UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DARRELL DARBY
PETITIONER,

VS.

TIMOTHY HALL
RESPONDENT.

CIVIL ACTION
NO. 04-11271

### Petitioner's Motion for Order

Now comes the Petitioner, Darrell Darby, pro se, moves this Honorable Court for a ORDER directing the Suffolk Superior Court to rule on the Motion for New Trial claim regarding the Double Jeopardy issue before this Court.

As reasons thereof, in support of the order the Petitioner states:

1. On October 6, 2004, it was ordered that the Petitioner seek appellate review in state court of his unexhausted Double Jeopardy Claim.

2. On November 6, 2004, Petitioner filed with the state court his pro se Motion for New Trial raising the Double Jeopardy claim, and notified this Court of the same, and filing the same with this Court for the record, as ordered.

3. On November 24, 2004, the Superior Court had ordered the Commonwealth to file its opposition to the Petitioner's Motion for New Trial.

1

4.  On March of 2005, the Commonwealth had filed its opposition to the Petitioner's Motion for New Trial.

5.  Now nearly, fourteen months has past and the superior court has yet to rule on the Petitioner's Motion for New Trial resulting in a due process violation. See United States v. smith, 94 F.3d 204, 206-07 (6th cir. 1996); Simmons v. Reynolds, 898 F.2d 865, 868 (2d cir. 1990); Burkett v. Cunningham, 826 F.2d 1208, 1219-21 (3rd cir. 1987).

6.  Therefore, in the best interest of justice being served it is suggested that this Court order the superior court to rule on the Petitioner's Motion for New Trial, allowing for this Court to pass judgment on the errors therein alleged.

Wherefore, Petitioner request that this Motion for Order is **ALLOWED**.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
MCI-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: MAy 30, 2006

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION FOR ORDER to be served upon the Respondent's Counsel, on this 30 day of May, 2006.

Darrell Darby, pro se