UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DARRELL DARBY,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11271-NG |
| | ) | |
| **KATHLEEN M. DENNEHY,** | ) | |
| Respondent | ) | |

## MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Kathleen Dennehy, the Commissioner of the Massachusetts Department of Corrections, and hereby respectfully moves this Court to establish September 1, 2006 as the date for the petitioner to file a Memorandum of Law in Support of the Petition for Habeas Corpus and October 2, 2006 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set September 1, 2006 as the date for the petitioner to file a Memorandum of Law in Support of the Petition for Habeas Corpus and October 2, 2006 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

Respectfully submitted,

THOMAS F. REILLY

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated: July 6, 2006                          BBO # 635431

## Certificate of Service

I hereby certify that a true copy of the above document was served on Darrell Darby, W-69118, Old Colony Correctional Center, 1 Administrative Road, Bridgewater, MA 02324, by first class mail, postage prepaid, on July 6, 2006.

/s/ Eva M. Badway
Eva M. Badway