UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Darrell Darby
    Petitioner,

vs.   Civil Action No. 04-11271-NG

Timothy Hall
    Respondent.

## MOTION FOR RECONSIDERATION OF ORDER LIFTING STAY OF PROCEEDING

Now comes the Petitioner, pro se, moves this Honorable Court to Reconsider the Order lifting the stay of the proceedings, pursuant to Fed. R. Civ. P. 59(e).

As reasons thereof, the Petitioner states:

1. The District Court's inchoate understanding of the Petitioner's argument has brought about a premature order lifting the stay.

2. The Petitioner's argument was that Double Jeopardy forbids a seond trial for the purpose of affording the prosecution another opportunity to supply evidence which it failed to muster in the first proceeding. Tibbs v. Florida, 457 U.S. 31, 41 (1982), quoting Burks v. United States, 437 U.S. 1, 11 (1978). For this reason, the Petitioner's Double Jeopardy claim should be exhausted and properly decided by this Court.

1

3.  Moreover, Double Jeopardy precludes retrial where "'bad-faith conduct by judge or prosecutor'...threatens the '[h]arassment of an accused by suvvesive prosecutions or declaration of a mistrial so as to afford the prosecution a more favorable opportunity to convict' the defendant." <u>Arizona v. Washington</u>, 434 U.S. 497, 508 (1978). **Cf.** <u>Burks</u>, 437 U.S., at 11, and cases cited.

4.  Hence, the Order lifting the stay should be reimposed and the previous order directing the superior court to rule on the motion for new trial should be allowed.

Wherefore, The Petitioner request this motion is **ALLOWED**.

Respectfully submitted,
By the Patitioner

Darrell Darby, <u>pro se</u>
MCI-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: 7/10/06

### certificate of service

I, hereby certify that I have caused the foregoing MOTION TO RECONSIDER to be served upon the Respondent's Counsel, on this _10_ day of July, 2006.

Darrell Darby, <u>pro se</u>

2