UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY
PETITIONER,

VS.

TIMOTHY HALL
RESPONDENT.

CIVIL ACTION
No. 04-1127-NG

FILED
CLERKS OFFICE
2006 SEP 22 P 3: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

**petitioner's request for enlargement of time**

Now comes the Petitioner, pro se, moves this Honorable Court for an Enlargement of time to file his Memorandum of law up to include January 30, 2007.

As reasons thereof, the Petitioner is a prisoner with limited access to the prison law library. Moreover, given the Petitioner is already convicted, such enlargement is not prejudicial to the Respondent.

Wherefore, Petitioner request this motion is ALLOWED.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
P.O. Box 100
S. Walpole, MA 02071

Dated:

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT I HAVE CAUSED THE FOREGOING MOTION TO BE SERVED UPON THE RESPONDENT, ON THIS____DAY OF SEPTEMBER, 2006.

DARRELL DARBY, PRO SE