UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| **DARRELL DARBY,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11271-NG |
| | ) | |
| **TIMOTHY HALL,** | ) | |
| Respondent | ) | |
| | ) | |

## RESPONDENT'S SECOND MOTION TO DISMISS

The respondent, Timothy Hall, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition contains unexhausted claims. *See Rose v. Lundy*, 455 U. S. 509, 518-519 (1982) and Petitioner's Memorandum at pp. 1-2. The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

WHEREFORE, for the foregoing reasons, the respondent requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

    Respectfully submitted,

    THOMAS F. REILLY
    Attorney General

    /s/ Eva M. Badway
    Eva M. Badway
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200, ext. 2824
Dated: December 27, 2006    BBO # 635431

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 27, 2006.

                                            /s/ Eva M. Badway
                                            Eva M. Badway