United States District Court
for the
District Of Massachusetts

FILED
IN CLERKS OFFICE
2007 FEB -5  P 3: 48
U.S. DISTRICT COURT
DISTRICT OF MASS

Darrell Darby
Pettioner,

VS.

Timothy Hill
Respondant

Civil Action
No.04-11271-Ng

Petittioner's Motion For Leave
To File Untimely Opposition
To Respondentt's Second
Motion To Dissmiss Petition

    Now come the petitioner,pro se,moves this Honorable Court for leave to file and untimely opposition to respondents second motion to dismiss petition,on or before March 1,2007.

    As reason s there of , petitioner states:
1.During the past couple of months he  has been involved in a few prison altercations,causing for him to be segregated and seperated from his legal work;as well as,denied access to the prison law library services.

2. Moreover,he has been transferred from from S.B.C.C. back to MCI-Cedar Junction,futther causing his legal work necessary to oppose the motion .to be shuffled around from one institutiuon to another.

3. Finally the respondent with not be prejudiced by the grant of such motion which is in the best interest of justice being served.

Wherefore,petitioner request this motion is allowed.

Respectfully submitted,
By the petitioner

*[signature]*  Feb. 1st, 2007

Darrell Darby, pro se
MCI-Cedar Junction
P.O Box 100
S. Walpole, Ma. 020271


Certificate Of Service

I, hereby certify that I have caused the foregoing motion for leave to be served upon the respondent, on this 1st day of February, 2007.

*[signature]*

Darrell Darby, pro se