UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB 27  P 12: 49

US DISTRICT COURT
DISTRICT OF MASS.

DARRELL DARBY
    Petitioner,

vs.                                   Civil Action No. 04-11271-NG

TIMOTHY HALL
    Respondent.

PETITIONER'S OPPOSITION TO RESPONDENT'S
SECOND MOTION TO DISMISS PETITION

Now comes the Petitioner, pro se. moves this Honorable Court to DENY Respondent's Second Motion to Dismiss for failure to Exhaust claims, pending in the state court, pursuant to the Supreme Court decision in Rhines v. Weber, 125 S.Ct. 1528 (2005).

As reasons thereof, Petitioner relies on the Memorandum of Law accompanying this motion.

Respectfully submitted,
By the Petitioner

Darrell Darby, Pro Se
MCI-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: 02/27/07