UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Darrell Darby,<br>Petitioner,<br><br>vs.<br><br>Timothy Hall<br>Respondent. | Civil Action<br>No. 04-11271-NG |

FILED
IN CLERKS OFFICE
2007 SEP 24  P 1:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PETITIONER'S MOTION TO VOLUNTARILY
DISMISS UNEXHAUSTED CLAIMS**

Now comes the Petitioner, pro se, moves this Honorable Court to Voluntarily dismiss the unexhausted claims, as set forth in the Report and Recommendation of U.S.M.J., Dein, J., on September 11, 2007.

Respectfully submitted,
By the Petitioner

Darrell Darby, prose
MCI-Cedar Junction
Post Office Box 100
S.Walpole, MA 02071

Dated: 9/17/07

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION to be served upon the Respondent, on this 17 day of September, 2007.

Darrell Darby, pro se