UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**DARRELL DARBY,**                  )
        Petitioner,            )
                                    )
v.                                  )   Civil Action No. 04-11271-NG
                                    )
**TIMOTHY HALL,**                   )
        Respondent             )
_____)

### RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A MEMORANDUM IN OPPOSITION TO THE PETITION FOR A WRIT OR HABEAS CORPUS

Now comes the respondent, the Superintendent of MCI- Cedar Junction[1], and hereby respectfully moves this Court to enlarge the time in which he must file a memorandum in opposition to the petition for a writ of habeas corpus until November 8, 2007. The respondent's responsive pleading is currently due on October 8, 2007. In support of this motion the respondent states:

    1.    This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, from the petitioner's 2001 Suffolk County convictions for armed assault with intent to murder, assault and battery with a deadly weapon, possession of a firearm, and possession of ammunition.

    2.    On September 25, 2007, this Court issued an order adopting the report and recommendation denying the respondent's motion to dismiss and the petitioner's motion to stay.

---

[1] Peter St. Amand is the current Superintendent of MCI-Cedar Junction.

3. On September 25, 2007, this Court also issued an order setting October 8, 2007 as the deadline for additional memoranda to be filed in the instant case.

4. Although undersigned counsel is listed on the docket as the respondent's attorney, undersigned counsel did not receive electronic notification of this Court's order of September 25, 2007.

5. On October 3, 2007 undersigned counsel received notice by first class mail of this Court's September 25, 2007 order setting October 8, 2007 as the deadline for additional memoranda to be filed in the instant case.

6. Due to the short notification period, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to file the proper responsive pleading.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must file a responsive pleading until November 8, 2007.

                                              Respectfully submitted,

                                              /s/Eva M. Badway
                                              Eva M. Badway
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200, ext. 2824

Dated: October 4, 2007                      BBO # 635431

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2007.

      /s/ Eva M. Badway
      Eva M. Badway