UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARRELL DARBY
PETITIONER,

V.

TIMOHY HALL
REPONDENT.

CIVIL ACTION
NO. 04-11271-NG

FILED
IN CLERKS OFFICE

2007 OCT 10 A II: 05

DISTRICT COURT
DISTRICT OF MASS.

### PETITIONER'S MOTION FOR ENLARGMENT

Now comes the Petitioner, <u>pro se</u>, moves this Honorable Court for an Enlargment of Time to file his Memorandum of Law in support of his Habeas Corpus, on or before November 8, 2007.

Wherefore, the Petitioner request this motion is allowed.

Respectfully submitted,
By the Petitioner

Darrell Darby, <u>pro se</u>
MCi-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: 10-6-07

### CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION FOR ENLARGMENT to be served upon the Respondent's Counsel, Eva M. Badway, 1 Ashburton Place, Criminal Bureau, Boston, MA 02108, on this 6 day of October, 2007.

Darrell Darby, <u>pro se</u>