UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                           )
DARRELL DARBY              )
PETITIONER,                )
                           )                CIVIL TRIAL
VS.                        )                04-11271-NG
                           )
TIMOTHY HALL               )
RESPONDENT.                )
_____)
```

PETITIONER'S MOTION FOR LEAVE TO FILE
REPLY TO RESPONDENT'S OPPOSITION

Now comes the Petitioner, pro se, moves this Honorable Court for Leave to file a Reply to the Respondent's Opposition.

As reasons thereof, the Respondent raises several points, that suggest the sentencing judge was justified in imposing the sentence he did, rather than concede error.

This is so, whereby, the district court of appeals in the District of Columbia was faced with exactly the same situation in United States v. Hopkins, 464 F.2d 816 (D.C. cir. 1972), held that a defendant's sentence "was not to depend upon his refusal to express remorse." Id., at 822. Certainly the Petitioner's sentence was not to depend upon his refusal to express remorse for a crime he proclaims he did not commit.

Hence, resentencing would be warranted and this Court has made its position clear in this regard of resenting in such circumstances, in accord with other circuits. See U.S. v.

1

Mazzaferro, 865 F.2d 450, 459 (1st cir. 1989), and cases cited.

The stare decisis of other circuits is equally important to the First Circuit when the goal is to maintain uniformatity with previous decisions dealing with the same subject-matter.

Wherefore, the Petitioner request this motion is ALLOWED.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
MCI-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: 11/16/07

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION FOR LEAVE to be served upon the Respondent's Counsel, Eva M. Badway, 1 Ashburton Place, Boston, MA 02108, on this 16 day of November, 2007.

Darrell Darby, pro se