1/17/08

Dear Darrell,

My name is Yanira, You might not remember me. Let me Refresh your memory. Back in December 13th 1996, Pito got shot, and was very ill. I was his girl then, the one who suffered and wanted the shooter to man up, and do time for the crime. Ofcourse that wasn't happening.

Darrell 1st Let me say Sorry, Sorry because I've been living the past 11years under guilt. Reason being is because you were convicted being innocent. I know this because I was threatened and under a lot of pressure to accuse you as Pito' shooter. No! I don't know you, and No! I was not there when this incident happened.

But yes I was always by his bed side @ the hospital.

There was when I heard his friends talking about accusing someone, anyone who had beef with them, (in other words - enemies). Pito wasn't agreeing with it, but as time went on, he had agreed with his friends.

Unfortunately you was the first person who they though of, I loved Pito and wanted someone behind bars, but not just anyone, I don't

believed in convicting innocent people. But please understand I was under a lot of pressure (sorry). I know I took long to speak up, but now I don't have to feel threatened because his friends are either locked up or dead. Darrell please tell me what can I do to help you get your freedom back.

Once again Sorry I was too much of a coward, and let them put you away being innocent. (sorry)

Write Back and let me know how can I help..

x _Vanise Ramos_     _Vania_

Signed before me on this 26th day of February 2008.

_Carolyn J. Small Jones_ (Notary Public)
Commission expire 11/2/2013

Yanira Carransquillo
225 Geneva Ave #4
Dorchester, MA. 02121

BOSTON MA 021

25 FEB 2008 PM 16 T



Darrell Darby W69118
P.O. Box 100
Walpole, MA. 02071

Yanira Carrasquillo
225- Geneva Ave #4
Dorchester MA 02121

BOSTON MA 021

Darrell Darby    56
MCI - Cedar Junction
Walpole Ma. 02071

02071

DATE RECIEVED: 1/24/08