UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARRELL DARBY
    PETITIONER,

VS.

CIVIL ACTION
NO. 1:04 CV-11271-NG

TIMOTHY HALL
    RESPONDENT.

## MOTION FOR STAY OF PROCEEDINGS

Now comes the Petitioner, pro se, moves this Honorable Court to STAY the habeas corpus proceedings to prosecute his motion for new trial, based on the Newly Discovered evidence, as set forth in a notarized statement of Yanira Carrasquillo, the Commonwealth's witness in my case, whose has since my trial recanted her trial testimony. Such stay is warranted to have an evidentiary hearing on such recanted testimony. See Commonwealth v. Hudson, 446 Mass. 709, 714 (2006).

Wherefore, the Petitioner request this case be stayed or, in the alternative, this Court conduct an evidentiary hearing on such claim, de novo, in the interest of justice.

Respectfully submitted,
By the Petitioner

Darrell Darby, pro se
P.O. Box 100
S. Walpole, MA 02071
Dated:

CERTIFICATE OF SERVICE
I hereby certify that I have caused the foregoing motion to be served upon the Respondent on this 3 day of March, 2008.

Darrell Darby, pro se