UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DARRELL DARBY,** )
    Petitioner, )
     )
    v. )
     ) Civil Action No. 04-11271-NG
**TIMOTHY HALL,** )
    Respondent. )

GERTNER, D.J.:

### ORDER RE: APPOINTMENT OF COUNSEL
April 21, 2008

Petitioner Darrell Darby has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The provisions of 18 U.S.C. § 3006A(a)(2)(B) permit this Court to provide representation for "any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28." Pursuant to this Court's Plan for the Appointment of Counsel for Indigent Parties in Civil Cases, I determine that there is sufficient cause to exercise the discretionary power of the Court to issue an order of appointment of counsel for the petitioner in this case.

Accordingly, I ORDER that counsel be appointed.  **Appointed counsel shall consider the new evidence Darby brought to this Court's attention through the Motion to Stay.  Further, counsel shall consider whether Darby must first exhaust his remedies in state court with respect to the evidence and, if so, ensure that Darby complies with the requisite procedural requirements -- for example, by filing a Supplemental Memorandum in Support of**

**Darby's Motion to Stay demonstrating that Darby has initiated state-court proceedings with respect to the new evidence.**

The original evidence Darby submitted shall be returned to counsel.  At his or her earliest convenience, appointed counsel will notify the Clerk's Office as to the best way to return the evidence.

Furthermore, this case shall be **STAYED** until counsel files supplementary papers.

**SO ORDERED.**

**Date:  April 21, 2008**              /s/Nancy Gertner
                                       **NANCY GERTNER, U.S.D.C.**