UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DARRELL DARBY
PETITIONER,

V.                                          CIVIL ACTION
                                            NO. 04-11271-NG

TIMOTHY HALL
RESPONDENT.

## PETITIONER'S EX PARTE MOTION FOR STATUS REPORT

Now comes the Petitioner, pro se, moves this Honorable

Court for a Status of the appointment of counsel, as ordered

on April 21, 2008. See (Paper No. 44)


Respectfully submitted,
By the Petitioner


Darrell Darby, pro se
MCI-Cedar Junction
Post Office Box 100
S. Walpole, MA 02071

Dated: 6/16/08