United States District Court
District of Massachusetts

**Darrell Darby**
    Petitioner

v.

**Case No. 04-cv-11271-NG**

**Timothy Hall**
    Respondent

### Defendant's Motion to Withdraw Motion for Status Report

Pursuant to Fed.R.Civ.P. Rule 7, Petitioner Darrell Darby hereby moves to voluntary withdraw his Motion for Status Report (docket no. 46). As reason therefore, undersigned counsel has visited with Petitioner and the issues raised in his *pro se* motion have been resolved.

Respectfully submitted
DARRELL DARBY
By his attorney,

/s/ MARK W.SHEA                    Dated:  June 29, 2008
Mark W. Shea
Shea and LaRocque
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2008.

/s/ Mark W. Shea
MARK W. SHEA

1