MCI CEDAR JUNCTION
P.O. Box 100
South Walpole, Ma 02071-0100

The Law office of
Mark W. Shea
47 Third St., Suite #201
Cambridge, Ma 02141-1265

Re: Darby v. Hall
    Docket No. 04-CV-11271-NG

Dear Attorney Shea:

In response to your letter, dated 6/24/08 regarding my pro se Motion for Status Report. Yes, please withdraw that motion as soon as possible.

Thank you very much for your cooperation and assistance on this matter.

Sincerely,

Darrell Darby, ID#W69118          6/26/08
                                   Date